UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY LEE ADAMS, No. 16160-076,

    Petitioner,

v.

THOMAS LILLARD, Warden,

    Respondent.

Case No. 23-cv-2366-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Terry Lee Adams's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed.

**DATED:** October 4, 2023        MONICA A. STUMP, Clerk of Court

                                                s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**